# Patrick A. Lyons

# Proof of Income
# Filed pursuant to rule 1007-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Patrick A. Lyons, | ) | Bankruptcy No. 14-22960 |
| | ) | Chapter 7 |
| Debtor | ) | Filed Pursuant to Rule 1007-4 |

### Verification Regarding Proof of Income

I, Patrick A. Lyons, am unemployed and receiving Unemployment Compensation in the approximate amount of $1,374.00 per month.

Date: August 6, 2014               /s/ Patrick A. Lyons
                                   Debtor

```
Payment Detail Listing                                                                                                    Page     2
PR260 Date 07/25/14           Company  155  WEST PENN ALLEGHENY HEALTH SYS
      Time 14:29                           Payment Detail Listing
                                      Date Range 09/01/13 - 07/25/14

Process Level 102   ALLEGHENY GENERAL HOSPITAL     Department 06254  SECURITY AND SAFETY

Employee Name                     Date      Pmt Nbr  Type    Gross Pay    Tax Deds    Other Deds    Company Deds    Net Pay
-----------------------------------------------------------------------------------------------------------------------------------
       LYONS, PATRICK A.       11/22/13    1211880  A.C.H    1,230.52      282.77        72.70         292.89        875.05
          Hours,
Earnings  Units     Amount       Tax Ded       Amount     Other Ded     Amount     Cpy Ded     Amount    Taxable
REGULAR    80.00    1,160.00     FEDINCTX      144.71     DENTSTAN        7.15    FICASSER     72.16    1,163.79
WDAY SFT   45.00       24.75     FICA-OAS       72.16     MEDSBPPO       38.13    FICAMDER     16.87    1,163.79
WEND SFT   30.00       16.50     FICA-MED       16.87     VISOPTI         1.95    PA UC ER               1,230.52
OVERTIME    1.33       29.27     PA TAX         36.33     REEDSDAL       19.50    PGH ER         6.77   1,230.52
                                 PA UC EE         .87     PGH OCC         2.00    MEDSBPER     190.98
                                 SHRPSBRG       11.83     LIFESUPP        3.97    DENSTAER       5.62
                                                                                  VISOPTER        .49

Dir Dep Distribution     Bank ID                  Bank Account Number       Deposit Amount    Description
                         043000096                                            875.05         CHECKING

-----------------------------------------------------------------------------------------------------------------------------------
       LYONS, PATRICK A.       12/06/13    1216519  A.C.H    1,242.98      286.11        72.93         293.92        818.99
          Hours,
Earnings  Units     Amount       Tax Ded       Amount     Other Ded     Amount     Cpy Ded     Amount    Taxable
REGULAR    56.83      824.04     FEDINCTX      146.58     DENTSTAN        7.15    FICASSER     72.93    1,176.25
SCKUNSCH    8.00      116.00     FICA-OAS       72.93     MEDSBPPO       38.13    FICAMDER     17.06    1,176.25
HOLIDAY     8.00      116.00     FICA-MED       17.06     VISOPTI         1.95    PA UC ER               1,242.98
WDAY SFT   51.33       28.23     PA TAX         36.71     REEDSDAL       19.50    PGH ER         6.84   1,242.98
WEND SFT    2.00        1.10     PA UC EE         .87     PGH OCC         2.00    MEDSBPER     190.98
WDAY PRM    6.50        5.36     SHRPSBRG       11.96     LIFESUPP        3.97    DENSTAER       5.62
HOL WRKD    7.00      152.25                              UNIFORMS       65.18    VISOPTER        .49

Dir Dep Distribution     Bank ID                  Bank Account Number       Deposit Amount    Description
                         043000096                                            818.99         CHECKING

-----------------------------------------------------------------------------------------------------------------------------------
       LYONS, PATRICK A.       12/20/13    1221182  A.C.H    1,212.25      277.86       137.88         291.39        796.51
          Hours,
Earnings  Units     Amount       Tax Ded       Amount     Other Ded     Amount     Cpy Ded     Amount    Taxable
REGULAR    80.00    1,160.00     FEDINCTX      141.97     DENTSTAN        7.15    FICASSER     71.02    1,145.52
WDAY SFT   45.00       24.75     FICA-OAS       71.02     MEDSBPPO       38.13    FICAMDER     16.61    1,145.52
WEND SFT   30.00       16.50     FICA-MED       16.61     VISOPTI         1.95    PA UC ER               1,212.25
OVERTIME     .50       11.00     PA TAX         35.77     REEDSDAL       19.50    PGH ER         6.67   1,212.25
                                 PA UC EE         .84     PGH OCC         2.00    MEDSBPER     190.98
                                 SHRPSBRG       11.65     LIFESUPP        3.97    DENSTAER       5.62
                                                          UNIFORMS       65.18    VISOPTER        .49

Dir Dep Distribution     Bank ID                  Bank Account Number       Deposit Amount    Description
                         043000096                                            796.51         CHECKING

-----------------------------------------------------------------------------------------------------------------------------------
       LYONS, PATRICK A.       01/03/14    1225885  A.C.H    1,201.25      274.92       137.87         282.69        788.46
          Hours,
Earnings  Units     Amount       Tax Ded       Amount     Other Ded     Amount     Cpy Ded     Amount    Taxable
REGULAR    80.00    1,160.00     FEDINCTX      140.32     DENTSTAN        7.15    FICASSER     70.34    1,134.52
WDAY SFT   45.00       24.75     FICA-OAS       70.34     MEDSBPPO       38.13    FICAMDER     16.45    1,134.52
WEND SFT   30.00       16.50     FICA-MED       16.45     VISOPTI         1.95    PA UC ER               1,201.25
                                 PA TAX         35.43     REEDSDAL       19.50    PGH ER         6.61   1,201.25
                                 PA UC EE         .84     PGH OCC         2.00    MEDSBPER     184.26
                                 SHRPSBRG       11.54     LIFESUPP        3.97    DENSTAER       4.54
                                                          UNIFORMS       65.17    VISOPTER        .49

Dir Dep Distribution     Bank ID                  Bank Account Number       Deposit Amount    Description
                         043000096                                            788.46         CHECKING
```

# Payment Detail Listing

```
PR260  Date 07/25/14                   Company 155  WEST PENN ALLEGHENY HEALTH SYS                                Page
       Time 14:29                              Payment Detail Listing                                                3
                                        Date Range 09/01/13 - 07/25/14

Process Level  102   ALLEGHENY GENERAL HOSPITAL         Department 06254  SECURITY AND SAFETY

Employee Name                        Date      Pmt Nbr  Type    Gross Pay     Tax Deds   Other Deds   Company Deds   Net Pay
-------------------------------------------------------------------------------------------------------------------------------
        LYONS, PATRICK A.          01/17/14   1230596  A.C.H    1,192.56      272.60       72.70         281.98     847.26

Earnings                          Amount  Tax Ded       Amount                Taxable   Other Ded   Amount   Cpy Ded   Amount    Taxable
 REGULAR    Hours,Units  62.67    908.72  FEDINCTX      139.02                1,125.83    DENTSTAN     7.15  FICASSER   69.80   1,125.83
 VACATION                 8.00    116.00  FICA-OAS       69.80                1,125.83    MEDSBPPO    38.13  FICAMDER   16.33   1,125.83
 VACUNSCH                 1.33     19.29  FICA-MED       16.33                1,125.83    VISOPTI      1.95  PA UC ER           1,125.83
 HOLIDAY                  8.00    116.00  FICA-MED                            1,145.33    REEDSDAL    19.50  PGH ER       6.56  1,145.33
 WDAY SFT                38.50    21.18   PA TAX        35.16                 1,192.56    PGH OCC      2.00  MEDSBPER   184.26  1,192.56
 WEND SFT                20.67    11.37   PA UC EE        .84                 1,145.33    LIFESUPP     3.97  DENSTAER     4.54  1,192.56
                                          SHRPSBRG                                                          VISOPTER      .49

Dir Dep Distribution  Bank ID  04300096  Bank Account Number              Deposit Amount Description
                                                                                   847.26  CHECKING
-------------------------------------------------------------------------------------------------------------------------------
        LYONS, PATRICK A.          01/31/14   1235312  A.C.H    1,197.13      288.94       72.70         282.34     851.19

Earnings                          Amount  Tax Ded       Amount                Taxable   Other Ded   Amount   Cpy Ded   Amount    Taxable
 REGULAR    Hours,Units  71.67  1,039.22  FEDINCTX      148.39                1,130.40    DENTSTAN     7.15  FICASSER   70.08   1,130.40
 HOLIDAY                  8.00    116.00  FICA-OAS       73.92                1,192.17    MEDSBPPO    38.13  FICAMDER   16.39   1,192.17
 WDAY SFT                43.67    24.02   FICA-MED       17.28                1,192.17    VISOPTI      1.95  PA UC ER             1,192.17
 WEND SFT                23.50    12.93   PA TAX        36.60                 1,192.17    REEDSDAL    19.50  PGH ER       6.58  1,192.17
                                          PA UC EE        .83                 1,192.17    PGH OCC      2.00  MEDSBPER   184.26  1,192.17
                                          SHRPSBRG                            1,149.90    LIFESUPP     3.97  DENSTAER     4.54  1,197.13
                                                       11.92                                                VISOPTER      .49

Dir Dep Distribution  Bank ID  04300096  Bank Account Number              Deposit Amount Description
                                                                                   901.23  CHECKING
-------------------------------------------------------------------------------------------------------------------------------
        LYONS, PATRICK A.          02/14/14   1240014  A.C.H    1,188.88      273.24       72.70          97.76     851.19

Earnings                          Amount  Tax Ded       Amount                Taxable   Other Ded   Amount   Cpy Ded   Amount    Taxable
 REGULAR    Hours,Units  72.00  1,044.00  FEDINCTX      139.13                1,122.15    DENTSTAN     7.15  FICASSER   73.92   1,122.15
 PERSONAL                 8.00    116.00  FICA-OAS       70.08                1,130.40    MEDSBPPO    38.13  FICAMDER   17.28   1,130.40
 WDAY SFT                44.00    24.20   FICA-MED       16.39                1,122.15    VISOPTI      1.95  PA UC ER             1,122.15
 WEND SFT                23.50    12.93   PA TAX        35.30                 1,141.65    REEDSDAL    19.50  PGH ER       6.54  1,141.65
                                          PA UC EE        .84                 1,188.88    PGH OCC      2.00  MEDSBPER             1,188.88
                                          SHRPSBRG                                        LIFESUPP     3.97  DENSTAER     4.54  1,197.13
                                                       11.50                                                VISOPTER      .49

Dir Dep Distribution  Bank ID  04300096  Bank Account Number              Deposit Amount Description
                                                                                   851.19  CHECKING
-------------------------------------------------------------------------------------------------------------------------------
        LYONS, PATRICK A.          02/28/14   1244724  A.C.H    1,188.88      271.03       72.70         281.67     845.15

Earnings                          Amount  Tax Ded       Amount                Taxable   Other Ded   Amount   Cpy Ded   Amount    Taxable
 REGULAR    Hours,Units  56.00    812.00  FEDINCTX      137.89                1,122.15    DENTSTAN     7.15  FICASSER   69.57   1,122.15
 VACUNSCH                 8.00    116.00  FICA-OAS       69.57                1,122.15    MEDSBPPO    38.13  FICAMDER   16.27   1,122.15
 SCKUNSCH                16.00    232.00  FICA-MED       16.27                1,122.15    VISOPTI      1.95  PA UC ER             1,122.15
 WDAY SFT                36.50    20.08   PA TAX        35.05                 1,141.65    REEDSDAL    19.50  PGH ER       6.54  1,141.65
 WEND SFT                16.00     8.80   PA UC EE        .83                 1,188.88    PGH OCC      2.00  MEDSBPER   184.26  1,188.88
                                          SHRPSBRG                                        LIFESUPP     3.97  DENSTAER     4.54  1,188.88
                                                       11.42                                                VISOPTER      .49

Dir Dep Distribution  Bank ID  04300096  Bank Account Number              Deposit Amount Description
                                                                                   845.15  CHECKING
```

# Payment Detail Listing

```
PR260  Date 07/25/14                       Company 155   WEST PENN ALLEGHENY HEALTH SYS                                           Page    4
       Time 14:29                          Payment Detail Listing
                                           Date Range 09/01/13 - 07/25/14

Process Level 102    ALLEGHENY GENERAL HOSPITAL              Department 06254  SECURITY AND SAFETY

Employee Name                       Date      Pmt Nbr Type    Gross Pay      Tax Deds      Other Deds   Company Deds    Net Pay
----------------------------------------------------------------------------------------------------------------------------------
█████ LYONS, PATRICK A.            03/14/14   1249432 A.C.H     691.31        137.73          72.70        240.88        480.88
Earnings          Hours,                     Amount              Tax Ded       Amount         Other Ded    Amount        Taxable
 REGULAR           Units                                                                                                 
 REGULAR          24.00                      348.00             FEDINCTX        63.25         DENTSTAN      7.15         624.58
 PERSONAL          2.50                       36.25             FICA-OAS        38.73         MEDSBPPO     38.13         624.58
 VACUNSCH         17.63                      255.64             FICA-MED         9.06         VISOPTI       1.95         691.31
 SCKUNSCH          2.73                       39.59             PA TAX          19.77         PA UC ER     19.50         691.31
 WDAY SFT          8.50                        4.68             PA UC EE          .48         REEDSDAL      2.00         
 WEND SFT         13.00                          .48            SHRPSBRG         6.44         PGH OCC       2.00         
 NP/NP            33.13                        7.15                                           LIFESUPP     3.97          

Dir Dep Distribution    Bank ID           Bank Account Number                 Deposit Amount  Description
                        04300009█         ████████474                           480.88        CHECKING

----------------------------------------------------------------------------------------------------------------------------------
█████ LYONS, PATRICK A.            03/28/14   1254137 A.C.H    1,219.52        279.25          72.70        284.19        867.57
Earnings          Hours,                     Amount              Tax Ded       Amount         Other Ded    Amount        Taxable
 REGULAR           Units                                                                                                 
 REGULAR          80.00                    1,160.00             FEDINCTX       142.49         DENTSTAN      7.15        1,152.79
 WDAY SFT         45.00                       24.75             FICA-OAS        71.47         FICAMDER     16.72        1,152.79
 WEND SFT         30.00                       16.50             FICA-MED        16.72         FICASSER     71.47        1,152.79
 OVERTIME           .83                       18.27             PA TAX          35.99         PA UC ER     19.50        1,219.52
                                                                PA UC EE          .86         PGH ER        6.71        1,219.52
                                                                SHRPSBRG        11.72         MEDSBPER    184.26        1,219.52
                                                                                              DENSTAER      4.54        
                                                                                              VISOPTER       .49        

Dir Dep Distribution    Bank ID           Bank Account Number                 Deposit Amount  Description
                        04300009█         1258892 █████                         867.57        CHECKING

----------------------------------------------------------------------------------------------------------------------------------
█████ LYONS, PATRICK A.            04/11/14   1258892 A.C.H    1,198.70        273.65          72.70        284.70        852.35
Earnings          Hours,                     Amount              Tax Ded       Amount         Other Ded    Amount        Taxable
 REGULAR           Units                                                                                                 
 REGULAR          79.83                    1,157.54             FEDINCTX       139.36         DENTSTAN      7.15        1,131.97
 WDAY SFT         44.83                       24.66             FICA-OAS        70.18         FICAMDER     16.41        1,131.97
 WEND SFT         30.00                       16.50             FICA-MED        16.41         FICASSER     70.18        1,131.97
                                                                PA TAX          35.35         PA UC ER     19.50        1,198.70
                                                                PA UC EE          .84         PGH ER        6.59        1,198.70
                                                                SHRPSBRG        11.51         MEDSBPER    184.26        1,198.70
                                                                                              DENSTAER      4.54        
                                                                                              VISOPTER       .49        

Dir Dep Distribution    Bank ID           Bank Account Number                 Deposit Amount  Description
                        04300009█         1263623 █████                         852.35        CHECKING

----------------------------------------------------------------------------------------------------------------------------------
█████ LYONS, PATRICK A.            04/25/14   1263623 A.C.H    1,201.25        274.35          72.70        284.92        854.20
Earnings          Hours,                     Amount              Tax Ded       Amount         Other Ded    Amount        Taxable
 REGULAR           Units                                                                                                 
 REGULAR          80.00                    1,160.00             FEDINCTX       139.75         Cpy Ded                   1,134.52
 WDAY SFT         45.00                       24.75             FICA-OAS        70.34         FICASSER     70.34        1,134.52
 WEND SFT         30.00                       16.50             FICA-MED        16.45         FICAMDER     16.45        1,134.52
                                                                PA TAX          35.43         PA UC ER     19.50        1,201.25
                                                                PA UC EE          .84         PGH ER        6.61        1,201.25
                                                                SHRPSBRG        11.54         MEDSBPER    184.26        1,201.25
                                                                                              DENSTAER      4.54        
                                                                                              VISOPTER       .49        
                                                                                              LIFEIXER       .47        

Dir Dep Distribution    Bank ID           Bank Account Number                 Deposit Amount  Description
                        04300009█         1263623 A.C.H                        854.20         CHECKING
```

# Payment Detail Listing

PR260 Date 07/25/14
Time 14:29

Company 155 WEST PENN ALLEGHENY HEALTH SYS
ALLEGHENY GENERAL HOSPITAL    Department 06254 SECURITY AND SAFETY
Payment Detail Listing
Date Range 09/01/13 - 07/25/14

Page 5

Process Level 102

| Employee Name | | Date | Pmt Nbr | Type | Gross Pay | Tax Deds | Other Deds | Company Deds | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 796185 LYONS, PATRICK A. | | 04/25/14 | 1263623 | A.C.H | 1,201.25 | 274.35 | 72.70 | 284.92 | 854.20 |

### Earnings

| | Hours/Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 24.00 | 348.00 | FEDINCTX | 110.62 | 940.38 | PGH OCC | 2.00 | FICASSER | 58.31 | 940.38 |
| WDAY SFT | 21.50 | 11.83 | FICA-OAS | 58.31 | 940.38 | | | FICAMDER | 13.63 | 940.38 |
| WEND SFT | 1.00 | .55 | FICA-MED | 13.63 | 940.38 | | | PA UC ER | | |
| SEVRANCE | | 580.00 | PA TAX | 28.87 | 940.38 | | | PGH ER | | |
| | | | PA UC EE | .66 | 940.38 | | | | | |
| | | | SHRPSBRG | .53 | | | | | | |

### Dir Dep Distribution

| Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|
| | 1448434 | 854.20 | CHECKING |

---

| | | 05/09/14 | 1448434 | A.C.H | 940.38 | 221.49 | 2.00 | 77.11 | 716.89 |

### Earnings

| | Hours/Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| VAC BANK | 11.96 | 173.42 | FEDINCTX | 82.58 | 753.42 | PGH OCC | 2.00 | FICASSER | 46.71 | 753.42 |
| SEVRANCE | | 580.00 | FICA-OAS | 46.71 | 753.42 | | | FICAMDER | 10.93 | 753.42 |
| | | | FICA-MED | 10.93 | 753.42 | | | PA UC ER | | |
| | | | PA TAX | 23.13 | 753.42 | | | PGH ER | | |
| | | | PA UC EE | .52 | 753.42 | | | | | |
| | | | SHRPSBRG | 7.53 | | | | | | |

### Dir Dep Distribution

| Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|
| | 1453217 | 716.89 | CHECKING |

---

LYONS, PATRICK A.    05/23/14    1453217    A.C.H    753.42    171.40    2.00    61.78    580.02

### Earnings

| | Hours/Units | Amount |
|---|---|---|
| VAC BANK | 11.96 | 580.02 |

### Dir Dep Distribution

| Bank ID | Bank Account Number | Deposit Amount | Description |
|---|---|---|---|
| 043000096 | | 580.02 | CHECKING |

---

### Totals Employee

| | Hours/Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 19,739.15 | | 4,502.58 | | | 1,240.83 | | 4,246.99 | 13,995.74 |

### Earnings

| | Hours/Units | Amount | Tax Ded | Amount | Taxable | Other Ded | Amount | Cpy Ded | Amount | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 1107.00 | 16,051.53 | FEDINCTX | 2,275.21 | 18,785.43 | DENTSTAN | 100.10 | FICASSER | 1,164.70 | 18,785.43 |
| PERSONAL | 10.50 | 152.25 | FICA-OAS | 1,164.70 | 18,785.43 | MEDSBPPO | 533.82 | FICAMDER | 272.39 | 18,785.43 |
| ORIENT | 8.00 | 116.00 | FICA-MED | 272.39 | 18,785.43 | VISOPTI | 27.30 | PA UC ER | | 16,512.58 |
| VACATION | 8.00 | 116.00 | PA TAX | 585.70 | 19,077.93 | REEDSDAL | 292.50 | PGH ER | 108.58 | 19,739.15 |
| VAC BANK | 11.96 | 173.42 | PA UC EE | 13.81 | 19,739.15 | PGH OCC | 36.00 | MEDSBPER | 2,619.96 | |
| VACUNSCH | 26.96 | 390.93 | OAKMONT | 5.97 | | LIFESUPP | 55.58 | DENSTAER | 70.04 | |
| SCKUNSCH | 27.96 | 405.43 | SHRPSBRG | 184.80 | 18,481.42 | UNIFORMS | 195.53 | VISOPTER | 6.86 | |
| HOLIDAY | 24.00 | 348.00 | | | | VISOPTER | | LIFEIXER | .94 | |
| WDAY SFT | 671.33 | 369.26 | | | | LIFELIXER | | LTD50ER | 3.52 | |
| WEND SFT | 363.00 | 199.67 | | | | LTD50ER | | | | |
| WDAY PRM | 6.50 | 5.36 | | | | | | | | |
| OVERTIME | 4.50 | 99.05 | | | | | | | | |
| HOL WRKD | 7.00 | 152.25 | | | | | | | | |
| NP/NP | 33.13 | | | | | | | | | |
| SEVRANCE | | 1,160.00 | | | | | | | | |

Total ACH        13,995.74